UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY PENWELL,

    Plaintiff,

v.                                                   Case No:   2:14-cv-572-FtM-38CM

RTS OF CAPE CORAL, INC., COLONIAL MOTEL, LLC, THOMAS CIRRINCIONE and BENJAMIN CIRRINCIONE,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #31) filed on August 27, 2015.  Judge Mirando recommends granting the Parties' Amended Joint Motion to Approve Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. #30) and approving the Settlement Agreement (Doc. #30-1; Doc. #30-2) as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.  (Doc. #31).  The time available to file an objection to this Report and Recommendation has expired, and therefore this matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

report and recommendation.  See 28 U.S.C. § 636(b)(1); see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge Mirando's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #31).

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #31) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

2. The Parties' Amended Joint Motion to Approve Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. #30) is **GRANTED**, and the Settlement Agreement (Doc. #30-1; Doc. #30-2) is approved as fair and reasonable.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 16th day of September, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record